IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-430-FL-1

UNITED STATES OF AMERICA      )
                              )
        v.                    )        **ORDER TO SEAL**
                              )        **[DOCKET ENTRY NUMBER 22]**
STEVEN LEONARD MILLARD, JR.,  )
                              )
        Defendant.            )


Upon Motion of Defendant, it is hereby **ORDERED** that Docket Entry Number 22 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This, 1st day of April, 2019.



_____
Louise Wood Flanagan
United States District Court Judge