UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:18-CR-00430-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CONSENT ORDER FOR |
| v. | ) | RESTITUTION |
| | ) | |
| STEVEN LEONARD MILLARD, JR. | ) | |

Pursuant to a joint motion of the United States and Defendant, and with their consent, the Court hereby ORDERS as follows:

In Defendant's plea agreement, Defendant agreed to pay immediately any restitution ordered by the Court. Pursuant to 18 U.S.C. §§ 2259 and 3664, and in accordance with the terms and conditions of Defendant's plea agreement, Defendant and the United States have agreed and stipulated that Defendant owes: $1,000 to each of "Pia," "Mya," and "Ava" with regard to the Sweet Sugar series, for a total of $3,000; $3,000 to "Sarah" with regard to the Marineland1 series; $3,000 to "Lily" with regard to the Vicky series; $3,000 to "Jane" with regard to the CinderBlockBlue series; and $3,000 to "Jenny" with regard to the Jenny series. (Addresses for payment have been provided to the Court clerk by email.) Defendant and the United States agree that restitution is due and payable in full immediately and that any payment plan established by the Court's judgment is a minimum payment plan and shall not preclude the United States from pursuing any other collection efforts permitted by law.

The Court finds that Defendant's agreements, including the amount of restitution, are consistent with the law and the facts of this case. Accordingly, Defendant shall pay $1,000 to each of the victims "Pia," "Mya," and "Ava," and $3,000 to each of the victims "Sarah," "Lily," "Jane," and "Jenny," in accordance with the parties' agreement, as set forth above, and in accordance with the Court's judgment. The Court further orders that Defendant's restitution shall be due and payable in full immediately. This consent order shall be made part of Defendant's criminal judgment in this case.

SO ORDERED, this __3rd__ day of ____July____, 2019.

_____
LOUISE W. FLANAGAN
United States District Judge

AGREED AND CONSENTED TO BY:

_____        7/2/2019
CHRISTIAN E. DYSART               Date
Counsel for Defendant

ROBERT J. HIGDON, JR.
United States Attorney

_____        7/2/2019
JAKE D. PUGH                      Date
Assistant United States Attorney

2